

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00207-CR and 04-15-00208-CR

Jessica G. Castillo,
Appellant

v.

The State of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 458109 and 458110
Honorable Jason Garrahan, Judge Presiding

## O R D E R

Appellant has filed motions asking this court to lift the stay of sentencing  so he may simultaneously begin probation on these cases as well as a third case – the trial court apparently ordered appellant's probationary periods in the pending appeals to run concurrently with that imposed in another case.  We **ORDER** the State to file a written response in this court on or before **November 11, 2015** to the motions, specifically with regard to whether this court is has authority to lift the stays given the pending appeals and citing authority relating to same.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court